AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| GLENN EDWARD WILLIAMS ) | Case No: 11-00353-001 |
| ) | USM No: 12458-003 |
| Date of Original Judgment: 08-21-2012 ) | |
| Date of Previous Amended Judgment: ) | Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  **70**  months **is reduced to**  **60 months** .

**ADDITIONAL COMMENTS**

Except as otherwise provided, all provisions of the judgment dated  08-21-2012  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: April 29, 2015

*Callie V.S. Granade*
*U.S. District Judge*
Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2015.04.29 16:22:56 -06'00'

*Judge's signature*

Effective Date: November 1, 2015            United States District Judge
*(if different from order date)*               *Printed name and title*